

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CINDY GONZALEZ, | § | No. 08-25-00159-CV |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| RENT AN ATV OFF-ROAD | § | of El Paso County, Texas |
| ADVENTURES, TEXAS | | |
| RECREATIONAL SAFETY & LAND | § | (TC# 2020DCV4205) |
| MANAGEMENT, JAMIL MOUTRAN, | | |
| KARL DREHER, ENRIQUE CISNEROS | § | |
| and TONY CISNEROS, | | |
| | § | |
| Appellees. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 26th day of June 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.